1  Henry O. Schaefer (State Bar No.: 168785)
   Taghi Astanehe (State Bar No.: 236334)
2  ASTANEHE & SCHAEFER
   819 Eddy Street
3  San Francisco, California 94109
   Telephone: (415) 771-6174
4  Facsimile: (415) 474-3748
   Email: henryschaefer8@yahoo.com
5  Email: taghi4193@yahoo.com
   Attorneys for Plaintiff
6  TERESA CHAVEZ

7  Patrick E. Taylor (State Bar No.: 113248)
   BRADY VORWERCK RYDER & CASPINO
8  1855 Gateway Blvd. Suite 650
   Concord, California 94520
9  Telephone: (925) 274-9500
   Facsimile: (925) 274-9501
10 Email: ptaylor@bvrclaw.com
   Attorneys for Defendant
11 THE CITY AND COUNTY OF SAN FRANCISCO

12 Jennifer J. Johnston (State Bar No.: 125737)
   Julia K. Doyle (State Bar No.: 245020)
13 CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
14 Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
15 Facsimile: (310) 557-1299Email: jjohnston@condonlaw.com
   Email: jdoyle@condonlaw.com
16 Attorneys for Defendant
17 COMPÁNIA MEXICANA DE AVIACION, S.A.

18              **United States District Court**
                **Northern District of California**
19

20 TERESA CHAVEZ,                          )  Case No. CV 09-01817 CW
                  Plaintiff,               )
21                                         )  **ORDER GRANTING**
                                           )  **STIPULATION TO**
22        v.                               )  **CONTINUE DEADLINE FOR**
                                           )  **COMPLETION OF EARLY**
23 THE CITY AND COUNTY OF SAN              )  **NEUTRAL EVALUATION**
   FRANCISCO, COMPANIA MEXICANA DE         )  **PROCESS**
24 AVIACION d/b/a MEXICANA AIRLINES, and   )
   DOES 1 thru 50, inclusive,              )
25                                         )
                  Defendants.              )
26                                         )

27
28 STIP TO CONTINUE DEADLINE
   FOR COMPLETION OF ENE PROCESS        -1-

1

2      WHEREAS the Court, by way of its scheduling order, has currently set

3  September 30, 2009 as the deadline for completing the Early Neutral Evaluation

4  (hereafter "ENE") process in the above captioned matter.

5      WHEREAS the plaintiff is currently out of the country and will not return until

6  shortly before September 30, 2009 for her deposition.

7      WHEREAS the parties need a few weeks after plaintiff's deposition to prepare

8  got a meaningful ENE session.

9      The parties hereby stipulate and agree that the ENE session shall be held on

10  October 27, 2009 and that the deadline for completing the ENE process including any

11  post-ENE session settlement discussions shall be November 30, 2009.

12      IT IS SO STIPULATED.

13

14      DATED: July 16, 2009          ASTANEHE & SCHAEFER

15

16

17                                    By:_____/s/_____

18                                    Henry O. Schaefer
                                      Taghi Astanehe
                                      Attorneys for Plaintiff
19                                    TERESA CHAVEZ

20

21      DATED: July 16, 2009          BRADY VORWERCK RYDER & CASPINO

22

23

24                                    By:_____/s/_____
                                      Patrick E. Taylor
25                                    Attorneys for Defendant
                                      THE CITY AND COUNTY OF SAN
26                                    FRANCISCO

27

28  STIP TO CONTINUE DEADLINE
    FOR COMPLETION OF ENE PROCESS          -2-

1    DATED: July 16, 2009              CONDON & FORSYTH LLP

2

3

4                                      By:_____/s/_____
                                       JENNIFER J. JOHNSTON
5                                      JULIA K. DOYLE
                                       Attorneys for Defendant
6                                      COMPÁNIA MEXICANA DE AVIACION,
                                       S.A.
7

8

9        Pursuant to stipulation of the parties, IT IS HEREBY ORDERED, that the

10   deadline for completing the Early Neutral Evaluation process shall be November 30,

11   2009.

12

13       IT IS SO ORDERED.

14

15

16   DATED: July 21, 2009              _____

17                                      HON. CLAUDIA WILKEN
                                       United States District Court Judge
18

19

20

21

22

23

24

25

26

27

28   STIP TO CONTINUE DEADLINE
     FOR COMPLETION OF ENE PROCESS          -3-